UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| COMMERCE BENEFITS GROUP, INC., | ) ) ) | Case No. 1:07CV2036 |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGE JAMES GWIN (Magistrate Judge McHargh) |
| McKESSON CORP., et al., | ) ) ) | |
| Defendants. | ) ) ) | MEMORANDUM AND ORDER |

McHARGH, Mag.J.

    The court held a telephone conference regarding the pending motion to compel (doc. 26) on Jan. 29, 2008. Counsel for defendant McKesson Corp. represented to the court that he would represent (newly added) defendant Per Se Technologies, Inc., once an amended complaint has been filed. See generally doc. 47, at 6-7.

    Counsel for plaintiff Commerce Benefits Group, Inc., agreed to a delayed ruling on the pending motion to compel, pending the results of four depositions which have been noticed.

Counsel for defendant assured the court that he will use his best efforts to schedule Rule 30(b)(6) depositions of the two party corporations, to be taken within fourteen (14) days. The court fully expects him to do so, unless good cause is provided to excuse compliance. Further, counsel will then schedule depositions of Robert Riordan and Jay Sloman, to be taken with thirty (30) days.

IT IS SO ORDERED.

<u>Jan. 29, 2008</u>             <u>/s/ Kenneth S. McHargh</u>
                                                   Kenneth S. McHargh
                                                   United States Magistrate Judge